UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOKO P. WINARTO as the Personal
Representative of the Estate of
Martha Laura Encinas Winarto,
deceased,

      Plaintiff,

vs.                                 Case No: 07-CV-10440
                                  Honorable Sean F. Cox

INTERNATIONAL PAPER COMPANY,
a foreign corporation, and GUSTAVO
DE-JESUS VANEGAS, an individual,

      Defendants.

_____/

| Matthew C. Quinn(P24116) | Peter Kellett (P34345) |
|---|---|
| Scott R. Baker (P69106) | Brian M. Moore(P58584) |
| Attorney for Plaintiff | Dykema Gossett PLLC |
| 1026 West Eleven Mile Road | Attorney for International Paper Co. |
| Royal Oak, MI 48067 | 400 Renaissance Center |
| (248) 399-9703 | Detroit, MI 48243 |
| SBaker@coopershifman.com | (313) 568-6993 |

_____/

### ORDER APPROVING SETTLEMENT; PAYMENT OF ATTORNEY FEES AND COSTS; AND AUTHORITY TO DISTRIBUTE WRONGFUL DEATH PROCEEDS

This matter is before the court on a Motion for Entry of Order Approving Settlement; Payment of Attorney Fees and Costs; and Authority to distribute Wrongful Death Proceeds and the Court being fully advised thereon:

IT IS HEREBY ORDERED that:

    A.    The proposed settlement with Defendant International Paper in the amount of $50,000.00 is approved;

B. Distribution of the net settlement proceeds shall be as follows: five thousand dollars ($5,000) payable to a 529 college savings plan established for benefit of Michael J. Winarto, five thousand dollars ($5,000) payable to a 529 college savings plan established for benefit of Laura Reyes, and forty thousand dollars ($40,000) to Joko P. Winarto;

C. Plaintiff is authorized to compensate his attorneys Cooper, Shifman, Gabe, Quinn & Seymour in the amount of $8,469.98, Howard T. Linden the amount of $500.00 for his services as Guardian Ad Litem, and to reimburse costs advanced by Cooper, Shifman, Gabe, Quinn and Seymour in the amount of $1,030.02;

D. Plaintiff is authorized to sign all documents necessary to effectuate the settlement, including a Stipulated Order of Dismissal and a Release Statement.

E. Satisfaction of The Accident Fund of America's workers compensation lien through a future credit in the amount of thirteen thousand two hundred dollars ($13,200) payable in weekly reductions of benefits over the next two years is approved.

**IT IS SO ORDERED.**


Dated: April 1, 2008              s/ Sean F. Cox
                                  United States District Court Judge

Copies sent via electronic means to: counsel of record